IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

In Re:                                                *

MARION E NOWLIN                       *        16-22056 NVA

                                                        *
    Debtor(s),                                      Chapter 13

\*   \*   \*   \*   \*            \*   \*   \*   \*   \*

**STATEMENT UNDER PENALTY OF PERJURY CONCERNING
PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)**

I, Marion E. Nowlin state that I did not provide copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition, by me from any employer because:

___ (1) I was not employed during the period immediately preceding the filing of the above-referenced case (debtor was unemployed for the 60 days prior to filing).

___ (2) I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the filing of the petition;

_X_ (3) I was self employed and did not receive any evidence of payment during the 60 days prior to filing;

_____ (4) Other (please explain) _____ .

I declare under penalty of perjury that I have read the foregoing statements and that they are true and accurate to the best of my knowledge, information and belief.

Dated this 8th day of September, 2016.

          /s/ Marion E. Nowlin (Signature of Debtor)
                    Debtor